STATE OF NEW JERSEY v. ANDREW DOWNIE, ET AL.

January 24, 1989.

Leave to appeal granted.  (See 229 *N.J.Super.* 207)

KEM R. PUGH v. CARL R. FARRAR, ET AL.

January 27, 1989.

The parties having stipulated to a dismissal in this matter, it is ORDERED that the petition for certification is dismissed.

WILLIAM C. HOOD, III v. SETON HALL SCHOOL OF LAW.

January 30, 1989.

Petition for certification denied.

CITY OF HACKENSACK v. HACKENSACK MEDICAL CENTER.

January 30, 1989.

Petition for certification denied.  (See 228 *N.J.Super.* 310)